DORA WOLFSON, Appellant, *v.* WALTER SCOTT et al., Respondents.

JACOB WOLFSON, Appellant, *v.* WALTER SCOTT et al., Respondents.

(Submitted November 16, 1936; decided November 18, 1936.)

*W. H. Williamson* for motions.

No one opposed.

Motions granted and appeals dismissed, with costs and ten dollars costs of motion, unless appellants file and serve undertakings on appeal and pay ten dollars costs within ten days, in which event the motions are denied.